IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00976-BNB

JORGE ALDANA,

　　Plaintiff,

v.

CITIFINANCIAL, INC.,

　　Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2009

GREGORY C. LANGHAM
　　　　　　　　　　CLERK

---

### ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED May 4, 2009, at Denver, Colorado.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Boyd N. Boland
　　　　　　　　　　　　　　　　United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00976-BNB

Jorge Aldana
2590 S. Irving Street
Denver, CO 80219

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/4/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk