IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00976-MSK-CBS

JORGE ALDANA,

    Plaintiff,

v.

CITIFINANCIAL, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court upon Defendant's Motion to Vacate Scheduling Conference and Related Deadlines (*doc. #13*). Upon consideration of the instant motion, the docket and entire court file,

    IT IS HEREBY ORDERED that Defendant's motion is GRANTED, in part. The scheduling conference set for **August 11, 2009 at 10:00 a.m. (Mountain Time)** is CONVERTED to a status conference in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are relieved of their obligation to comply with the deadlines set forth court's Order (*doc. # 10)* filed on June 11, 2009.

**DATED:**    July 22, 2009